**Bryan Keith JENKINS, Plaintiff–Appellant,**

**v.**

**Nicholas RINALDI, individually and in his official capacity as Manager, Postal Distribution Center, U.S. Postal Service; Iona Noble, individually and in her official capacity as Supervisor, U.S. Postal Service; William J. Henderson, in his official capacity as Postmaster General, Allegheny/Mid–Atlantic Area, Defendants–Appellees.**

**No. 01–1732.**

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 1, 2002.

Decided Feb. 12, 2002.

Knox Kent Lively III, Greensboro, North Carolina, for Appellant. Anna Mills Wagoner, United States Attorney, Lynne P. Klauer, Assistant United States Attorney, Greensboro, North Carolina; Eric J. Scharf, Managing, David G. Karro, United States Postal Service, Washington, D.C., for Appellees.

Before WIDENER, WILKINS, and KING, Circuit Judges.

PER CURIAM.

Bryan Keith Jenkins appeals the district court's order dismissing his various claims that officials of the United States Postal Service violated his civil rights. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Jenkins v. Rinaldi,* No. CA–99–629 (M.D.N.C. Mar. 23, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*